**Brief Stricken and Order filed March 12, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00665-CV
_____

**KIM D. RICHARDSON, Appellant**

**V.**

**JOYCE POWELL, Appellee**

**On Appeal from County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1138053**

## ORDER

On March 3, 2020, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails to comply with subsections b, c, d, e, f, g, h, i, j, and k of Texas Rule of Appellate Procedure 38.1.

Accordingly, we order appellant's brief filed on March 3, 2020 stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure by **April 13, 2020**. If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another

brief, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a).

If appellant fails to timely file a brief in accordance with Rule 38, the appeal may be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.